UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Terrance Gerard Freeman          Docket No. 5:08-CR-32-1D

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terrance Gerard Freeman, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on July 24, 2008, to the custody of the Bureau of Prisons for a term of 106 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Terrance Gerard Freeman was released from custody on November 04, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 29, 2016, the defendant reported to the probation office and submitted a diluted urine specimen that returned positive for the presence of marijuana. When he returned to the probation office on December 6, 2016, the defendant admitted he had used marijuana. A referral was previously made for the defendant to obtain substance abuse treatment, and he was informed that he would be expected to attend and participate in substance abuse treatment. The defendant has also missed scheduled appointments with his mental health counselor since agreeing to participate in treatment. In lieu of returning to court, it is recommended the defendant participate in a cognitive behavioral program on a weekly basis at the probation office in an effort to bring about better compliance, assist the defendant with improving his decision making skills, and to also help the defendant set and achieve realistic goals to be successful. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: December 15, 2016 |

Terrance Gerard Freeman
Docket No. 5:08-CR-32-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __December__, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge